UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CURT G. GAUTHE                                                  CIVIL ACTION

VERSUS

GEORGE MERCER, ET AL.                              NO.: 15-00026-BAJ-RLB

### RULING AND ORDER

Before the Court is the **Second Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(4)-(5) (Doc. 15)** filed by Defendant Quanta Services, Inc. ("Quanta"). Quanta seeks to dismiss the claims of Plaintiff Curt G. Gauthe against it, for Gauthe's failure to serve Quanta—or obtain proper waiver of service of—the First Amended and Restated Complaint (Doc. 6), which was filed on February 27, 2015.

Quanta had previously filed a motion to dismiss pursuant to Federal Rules of Civil Procedure ("Rules") 12(b)(4) and 12(b)(5), arguing that dismissal was warranted because Gauthe had failed to serve Quanta within the 120-day period set forth in Rule 4(m). (*See* Doc. 12). For reasons explained in its prior ruling, the Court denied without prejudice Quanta's motion and permitted Gauthe an additional 21-day period in which to effect service or obtain proper waiver. (*See* Doc. 14). In that ruling, the Court noted that it was not inclined to grant an additional extension of time. (*Id.* at p. 2).

In the motion before the Court, Quanta informs the Court that, although the extended period granted by the Court has passed, it has still not been served and was only sent a purported waiver that made no reference whatsoever to Quanta.

(*See* Docs. 15-1, 15-2, 15-3). Accordingly, Quanta argues, dismissal is proper under Rules 12(b)(4) and 12(b)(5). Gauthe has filed no opposition.

The Court has already exercised its discretion to permit Gauthe an additional period of time to effect service, beyond the 120 days afforded to him under Rule 4(m). Gauthe has not shown good cause for his failure to serve.

Accordingly,

**IT IS ORDERED** that the **Second Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(4)-(5) (Doc. 15)** filed by Defendant Quanta Services, Inc. is **GRANTED**, insofar as claims against Quanta are dismissed.[1]

**IT IS FURTHER ORDERED** that all claims by Plaintiff Curt G. Gauthe against Quanta in the above-captioned matter are **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 16th day of September, 2015.

                                         _____
                                         BRIAN A. JACKSON, CHIEF JUDGE
                                         UNITED STATES DISTRICT COURT
                                         MIDDLE DISTRICT OF LOUISIANA

---

[1] Quanta seeks dismissal of claims *with* prejudice. The Federal Rules, however, are unambiguous on this point: if the Court is to dismiss an action for untimely service, it must do so *without* prejudice. Fed. R. Civ. P. 4(m).